Carl Edmund OWENS, Appellant, v. UNITED STATES of America, Appellee.

No. 11981.

Circuit Court of Appeals, Fifth Circuit.

Nov. 14, 1947.

Carl Edmund Owens, of Leavenworth, Kansas, for appellant.

Frank B. Potter, U. S. Atty., of Fort Worth, Tex., and William P. Fonville, Asst. U. S. Atty., of Dallas, Tex., for appellee.

Before SIBLEY, HOLMES, and Mc-CORD, Circuit Judges.

PER CURIAM.

The motion to dismiss the appeal is sustained.